# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM E. NICHOLS, III,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| v. ] | 2:14-cv-513-KOB |
| ] | |
| **CACH, LLC; LAW OFFICE OF** ] | |
| **JOE PEZZUTO, LLC,** ] | |
| ] | |
| **Defendant.** ] | |

## FINAL ORDER

The court, having received the Joint Stipulation of Dismissal With Prejudice (doc. 15),

DISMISSES this action WITH PREJUDICE, with each party to bear his or its own costs.

DONE and ORDERED this 12th day of December, 2014.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE